Larry P. Karandreas, Esq.
Bar No.: 012213
Law Offices of Larry P. Karandreas, P.L.L.C.
11024 North 28th Drive, Suite 200
Phoenix, Arizona 85029
623.487.1670
monesq@cox.net
Attorney for the Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Case No. 2:05-bk-25515 PHX-EWH |
|---|---|
| Rolando Rene Oquita,<br>SSN: ***-**-3241<br><br>Debtor. | MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION. |

COMES NOW the Debtor by and through his undersigned counsel, and respectfully requests this Court to authorize the debtor to modify his existing mortgage obligation with Americas Servicing Company ("ASC"). This motion is more fully set forth in the attached Memorandum of Points and Authorities.

DATED this 22nd day of October, 2009.

LAW OFFICES OF LARRY P. KARANDREAS, P.L.L.C.


 /s/ lpk 012213
Larry P. Karandreas, Esq.
Attorney for the Debtor

# MEMORANDUM OF POINTS AND AUTHORITIES

1. Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code on October 14, 2005.

2. Debtor is the owner of real property, located at 6304 South 69th Glen, Laveen AZ 85339 (hereinafter referred to as the "Real Property").

3. The Debtor herein seeks this Court's authorization to allow him to enter into a modification of his existing first mortgage obligation.

4. No brokers or other loan modification agency has been hired by the debtor with respect to this modification attempt.

5. Certain costs associated with respect to the modification of the loan will be incurred by the debtor in the amount of $3,637.41. The debtor will be coming up with these monies from non-payment of current his mortgage obligations and with the assistance of a third party. The debtor alleges that this cost is reasonable.

6. This modification is in the best interests of the creditors of the estate as it may afford the debtor greater control over his budget, thus ensuring that he will be able to make the requisite plan payments. A modification will allow the debtor to retain the property and avoid a foreclosure.

7. The loan modification proposal provides for an increase in the overall mortgage balance from $167,501.69 to $176,469.90; a decrease from the current adjustable rate of interest in the amount of 7.5% to 6.0$ fixed; a capitalization amount of $8,968.21 and an overall decrease of monthly mortgage payments from $1,611.38 to $1,473.36. The terms of the modification are set forth in a letter dated October 8, 2009 attached hereto and incorporated herein as exhibit A.

8. Once the loan modification is approved and signed by the debtor, ASC will withdraw the proof of claim in the debtors case.

9. Counsel has advised the debtor of the risks involved in modification of his mortgage obligation post-petition and the possible consequences of losing the protection he would receive on discharge as well as possibly changing the character of the loan from a non-recourse. The debtor understands these risks and nevertheless believes that it is in his best interest, and that of the estate, that he proceed with the modification.

WHEREFORE, based on the foregoing, the Debtor requests the following:

    a.    That the Court enter an Order authorizing the debtor to modify his loan obligation with ASC as set forth in exhibit A to this Motion;

    b.    That the Court authorize the payment of the costs associated with the loan modification; and

    c.    For such other and further relief as the court deems just and proper in the premises.

DATED this 22nd day of October, 2009.

LAW OFFICES OF LARRY P. KARANDREAS, P.L.L.C.

/s/ lpk012213
Larry P. Karandreas, Esq.
Attorney for the Debtor

Copy of the foregoing mailed this
22nd day of October, 2009 to:

ASC
3476 Stateview Blvd
Fort Mill, SC 29715

Rolando Rene Oquita
6304 South 69th Glen
Laveen AZ 85339

Edward J. Maney
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ 85064

/s/ lpk012213