**ORDERED.**

**Dated: November 24, 2009**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Rolando Rene Oquita,<br>    SSN: ***-**-3241<br><br>Debtor. | Case No. 2:05-bk-25515 PHX-EWH<br><br>ORDER AUTHORIZING THE DEBTOR TO MODIFY HIS LOAN OBLIGATION. |

The above named debtor/movant having filed with the Court a Motion for Authority to Enter into Loan Modification and no objection or response having been filed or served upon debtor or debtor's counsel, and good cause appearing therefor,

**IT IS ORDERED as follows:**

1. That the debtor is authorized to enter into a loan modification negotiations regarding his first mortgage loan affecting property located at 6304 South 69th Glen, Laveen AZ 85339; and

2. The debtor is authorized to pay the costs associated with the loan modification.

ORDERED ACCORDINGLY

(Signed and dated above.)