```
              America's Servicing Company
ASC           3476 Stateview Blvd.
              Fort Mill, SC 29715
AMERICA'S SERVICING COMPANY
```

December 17, 2009



EDWARD J MANEY
PO BOX 10434
PHOENIX, AZ  85064


Ladies and Gentlemen:

RE:  Payment Change (post-petition/current payment)
   Loan Number: 106/******5610  Case Number: 05-25515
   Mortgagor Name: Rolando Oquita
   Property Address: 6304 S 69th Glen
            Phoenix AZ 85339

Upon review of the above account, it has become necessary to adjust
the post-position mortgage payment to reflect the most recent escrow
disbursement and/or ARM adjustment.  Effective with the 02/01/10
payment, the new monthly payment amount will be $1,318.53.

A detailed notification of this change was previously sent to the
mortgagor.  If you have any questions, please call our Bankruptcy
Customer Service department at (800)662-3806.



Sincerely,

Bankruptcy Department
 cc: ROLANDO OQUITA
   LAW OFFICE OF
   File
                              Signature   /S/ Bahira Hannibal

America's Servicing Company
3476 Stateview Blvd.
Fort Mill, SC 29715

## CERTIFICATE OF SERVICE

I, <u>Bahira Hannibal</u>, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 7, 2010.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest. The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Chapter 13 Trustee**
EDWARD J MANEY
PO BOX 10434
PHOENIX, AZ  85064

**Debtor's Attorney**
LAW OFFICE OF
11024 N. 28TH DR  #200
PHOENIX, AZ  85029

**Debtor**
ROLANDO OQUITA
6304 S 69TH GLEN
PHOENIX AZ 85339

<u>/s/ Bahira Hannibal</u>
Bahira Hannibal
Wells Fargo Home Mortgage
Bankruptcy Loan Specialist
Phone Number: 803-396-6759
Email address:shikara.l.day@wellfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715