Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CHAPTER 13 PROCEEDINGS
)
ROLANDO RENE OQUITA, ) CASE NO. B-05-25515-PHX-EWH
)
) TRUSTEE'S EVALUATION AND
) RECOMMENDATION(S) REPORT WITH
) NOTICE OF POTENTIAL DISMISSAL IF
) CONDITIONS ARE NOT SATISFIED
)
) RE: 4th MODIFIED CHAPTER 13 PLAN
(Debtor(s) ) and Motion for Moratorium

Edward J. Maney, Trustee, has analyzed the Debtor's Fourth Modified Chapter 13 Plan, Motion for Moratorium and supporting documents and submits the following evaluation and recommendation(s):

1. Modified plan proposes the following changes in the confirmed plan:

    a. The plan's duration is set at 60 months.
    b. A 3-month moratorium is included.
    c. Attorney fees are increased an additional $500 [the unconfirmed Third Modified Plan increased fees $750].

2. Even considering Debtor's second moratorium, plan payments are currently delinquent $3,940 with a payment of $1,900 coming due February 20, 2010.

3. The Trustee requires the payment proposed for month 38 of the Plan (December 2008) which is not addressed in the proposed Fourth Modified Plan payment schedule.

In summary, the Fourth Modified Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee, subject to timely filed and allowed claims. Chapter 7 Reconciliation requirement must be met given debtors' scheduled $1,529 equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to address item #2, #3 above and submit a Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of this Trustee's Recommendation.**

Dated: [see electronic signature]

_____
Edward J. Maney, Trustee

Copies of the forgoing
Mailed [see electronic signature]
to the following:

Rolando Oquita
6304 S. 69th Glen
Laveen, AZ 85339
Debtor(s)

Larry P. Karandreas, Esq.
11024 N. 28th Drive
Suite #200
Phoenix, AZ 85029
Debtor(s) Counsel

By:_____
    Trustee's Clerk